

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2014

No. 04-13-00857-CV

**IN THE INTEREST OF JLA,** a Child,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02800
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was due to be filed on March 10, 2014. On March 7, 2014, appellee filed a motion requesting an extension of time to file its brief. The motion is GRANTED. Appellee's brief must be filed no later than March 31, 2014. **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED.**

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court